**No. 64993.**—International Expediters, Inc. *v.* United States, protests 59/23730–10727 and 59/23731–10728 (Chicago).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the collector is satisfied that the radio parts in question are products of the United States and that the importer has complied with the customs regulations, the claim of the plaintiff was sustained.

**No. 64994.**—B. Altman & Co. et al. *v.* United States, protests 59/30069, etc. (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of decorated bowls similar in all material respects to those the subject of Abstract 50327, the claim of the plaintiffs was sustained.

**No. 64995.**—Charles Sadek Import Co., Inc. *v.* United States, protests 59/28501 and 59/28500 (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiff was sustained.

**No. 64996.**—Altray Co. et al. *v.* United States, protests 59/31008, etc. (New York).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of chewing gum similar in all material respects to that the subject of *Fred L. Strauss* v. *United States* (43 Cust. Ct. 136, C.D. 2117), the claim of the plaintiffs was sustained.